UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.J., an individual,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>LA MAESTRA FAMILY CLINIC, INC., doing business as LA MAESTRA COMMUNITY HEALTH CENTERS, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No.: 23-CV-0395 W (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO SUBSTITUTE, DISMISS PARTIES AND SETTING DEADLINE TO RESPOND TO THE FIRST AMENDED COMPLAINT [DOC. 13]** |

　　　The parties have filed a joint motion to: (1) with respect to certain claims for relief, substitute the United States as a Defendant in place of La Maestra Family Clinic, Inc. ("La Maestra") and in place of Dr. Alex Kamsi, D.C.; (2) dismiss the Third Claim for Medical Negligence; and (3) set the deadline for Defendants' to respond to the First Amended Complaint ("FAC") for 14 days after this order is issued. (*Jt. Mot.* [Doc. 13] 1:22–2:4.) Good cause appearing, the Court **GRANTS** the joint motion [Doc. 13] and **ORDERS** as follows:

- The United States is substituted into this case as a Defendant in place of Defendant La Maestra Family Clinic, Inc. as to the FAC's First through Third Claims.
- The United States is substituted into this case as a Defendant in place of Defendant Dr. Alex Kamsi, D.C. as to the FAC's Second and Third Claims for medical negligence, exclusive of alleged acts of sexual misconduct or any acts Dr. Kamsi took for his personal benefit outside his duties as a chiropractor at La Maestra;
- The FAC's Third Claim for Medical Negligence brought under 22 U.S.C. § 2702 is **DISMISSED WITH PREJUDICE**.
- All remaining Defendants shall respond to the FAC on or before **June 21, 2023**.

**IT IS SO ORDERED.**

Dated:  June 7, 2023

_____
Hon. Thomas J. Whelan
United States District Judge